UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SARA CHEVALIER,<br>        Plaintiff,<br><br>    v.<br><br>ANDREW SAUL, Commissioner of Social<br>Security Administration,<br>        Defendant. | No. 3:20-cv-1520 (SRU) |

### ORDER GRANTING COMMISSIONER'S CONSENT MOTION FOR ENTRY OF JUDGMENT WITH REVERSAL AND REMAND

The defendant, Andrew Saul, Commissioner of the Social Security Administration, has moved to enter judgment under sentence four of 42 U.S.C. § 405(g), with a reversal and remand of the cause to the Commissioner for further action. *See* Doc. No. 15. Counsel for the Commissioner represents that he has contacted counsel for the plaintiff, Russell Zimberlin, who consents to the relief sought in the motion.

Under sentence four of 42 U.S.C. § 405(g), I have the authority to enter a judgment with a reversal and remand of the cause to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292, 297 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991). Remand for further development of the record is appropriate when gaps exist in the administrative record or when the administrative law judge ("ALJ") committed legal error. *See Parker v. Harris*, 626 F.2d 225, 235 (2d Cir. 1980).

Here, the Commissioner has determined that a remand of the case for additional administrative proceedings is necessary. Upon remand, the plaintiff will be given an opportunity for a new hearing and to submit additional evidence in accordance with 20 C.F.R. § 416.1435.

The ALJ shall reassess the plaintiff's residual functional capacity, and reevaluate the medical and other opinions of record.  The ALJ shall also obtain vocational expert testimony to determine whether plaintiff can perform past relevant work and/or make an adjustment to other work that exists in significant numbers.  The ALJ shall then issue a new decision.

Accordingly, I **GRANT** the Commissioner's Consent Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g).  The Clerk shall enter a judgment of reversal and remand under sentence four of 42 U.S.C. § 405(g), and shall remand the case to the Commissioner for further proceedings consistent with the motion.  The Clerk is further instructed that, if any party subsequently appeals to this court the decision made after remand, that Social Security appeal shall be assigned to me (as the District Judge who issued the ruling that remanded the case).

So ordered.

Dated at Bridgeport, Connecticut, this 5th day of April 2021.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge